1036

No. 88–1441.   FLEMING v. LEVY ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 88–1444.   GOLIN v. FMC CORP. ET AL.   C. A. 3d Cir. Certiorari denied.

No. 88–1460.   GROHS v. GOLD BOND BUILDING PRODUCTS. C. A. 7th Cir.   Certiorari denied.

No. 88–1485.   H. C. ELLIOTT, INC. v. CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA.   C. A. 9th Cir.   Certiorari denied.

No. 88–1492.   CRAWFORD v. CITY OF MACON, GEORGIA.   C. A. 11th Cir.   Certiorari denied.

No. 88–1498.   BOX OFFICE, INC., ET AL. v. MISSOURI.   Sup. Ct. Mo.   Certiorari denied.

No. 88–1508.   ROSS v. UNITED STATES ET AL.   C. A. 4th Cir. Certiorari denied.

No. 88–1519.   BERGMAN v. UNITED STATES.   C. A. Fed. Cir. Certiorari denied.

No. 88–1537.   MORTENSEN v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 88–1561.   DI BELLA v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 88–1563.   QUARLES v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 88–1585.   SMITH ET AL. v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 88–6080.   ANDERSON v. ILLINOIS.   App. Ct. Ill., 3d Dist. Certiorari denied.

No. 88–6117.   RAMIREZ-SAUSEDO v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 88–6155.   CURRY v. BLANKINSHIP.   C. A. 5th Cir.   Certiorari denied.